EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                     | 2016 TSPR 102      |
|                            |                    |
| Marta Vélez Echevarría     | 195 DPR ____       |

Número del Caso: TS-5,529

Fecha: 3 de mayo de 2016

Programa de Educación Jurídica Continua:

    Lcda. Geisa Marrero Martínez
    Directora Ejecutiva

Materia: La suspensión será efectiva el 7 de junio de 2016, fecha en que se le notificó por correo a la abogada de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |  |
|---|---|---|
| In re:<br><br>Marta Vélez Echevarría | TS-5,529 |  |

RESOLUCIÓN

En San Juan, Puerto Rico, a 3 de mayo de 2016.

La Lcda. Marta Vélez Echevarría fue admitida al ejercicio de la abogacía el 31 de mayo de 1977 y prestó juramento para ejercer la notaría el 24 de junio de 1977. No obstante, la suspendimos del ejercicio de la notaria mediante Opinión *Per Curiam* dictada el 8 de diciembre de 1989.

El 1 de octubre de 2015 la Directora del Programa de Educación Jurídica Continua (PEJC), Lcda. Geisa M. Marrero Martínez, presentó un *Informe Sobre Incumplimiento con Requisito de Educación Jurídica Continua* (Informe) en el que señaló que la licenciada Vélez Echevarría no había cumplido con los requisitos del PEJC durante los periodos siguientes: 1 de septiembre de 2007 al 31 de agosto de 2009, 1 de septiembre de 2009 al 31 agosto 2011 y 1 de septiembre de 2011 al 31 de agosto de 2013.

Evaluado el Informe presentado por la Directora del PEJC, el 14 de enero de 2016 este Tribunal emitió una Resolución mediante la cual se le concedió a la licenciada Vélez Echevarría un término de veinte (20) días para que compareciera y mostrara causa por la cual no debía ser suspendida del ejercicio de la abogacía debido a su incumplimiento con los requisitos del PEJC y por no comparecer ante el PEJC cuando le fue requerido.

Transcurrido el mencionado término sin que la licenciada Vélez Echevarría haya comparecido ante nos, se ordena la suspensión inmediata e indefinida del ejercicio de la abogacía de la licenciada Vélez Echevarría en nuestra jurisdicción. Ello debido a su reiterado incumplimiento con los requisitos del PEJC. En caso de que la licenciada Vélez Echevarría esté representando a clientes ante

nuestros tribunales en la actualidad, se le impone el deber de notificar a estos sobre su inhabilidad de continuar representándolos, devolverle los honorarios por trabajos no realizados e informar oportunamente de su suspensión a cualquier foro judicial y administrativo en el que tenga un caso pendiente. Además, deberá acreditar a este Tribunal el cumplimiento con lo anterior en un término de treinta (30) días contados a partir de la notificación de la presente Resolución.

Notifíquese personalmente.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo